IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE WILLIAMS,** | Case No. 2:22-cv-00605-JDP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT JALIJALI AND DEFENDANT LACROIX'S REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| v. | |
| **JEHOSHUA JALIJALI, et al.,** | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding *pro se*. Defendant Jalijali and Defendant Lacroix filed a request for extension of time to file a responsive pleading.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time to file a responsive pleading is GRANTED; and

///

///

///

///

///

2. Defendants shall file a responsive pleading no later than thirty days after the Court renders a decision on their motion to revoke Plaintiff's *in forma pauperis* (IFP) status, or, if granted, thirty days after Defendants receive notice that Plaintiff paid the filing fee or has otherwise been granted leave to continue proceeding IFP.

IT IS SO ORDERED.

Dated:   September 16, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE