UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE E. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>JEHOSHUA JALIJALI, et al.,<br><br>Defendants. | No.  2:22-cv-00605-KJM-JDP (PC)<br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 13, 2023, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. § 1915(g).  ECF No. 42.  Plaintiff was granted thirty days in which to pay the $402 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action.  *Id*.  Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, it is hereby ORDERED that:

1. This action is dismissed without prejudice for failure to pay the filing fee; and

2. The Clerk of Court is directed to close the case.

DATED:   December 21, 2023.

CHIEF UNITED STATES DISTRICT JUDGE