UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE WILLIAMS,

Plaintiff,

v.

JEHOSHUA JALIJALI, *et al.*,

Defendants.

Case No.  2:22-cv-0605-DC-JDP (P)

ORDER

Pending is plaintiff's motion to proceed *in forma pauperis*, ECF No. 55.  It will be granted.  Additionally, while defendant Jalijali has filed an answer to the operative complaint, defendant LaCroix has not yet answered the complaint.  He must file an answer within twenty-one days of this order's entry.

1

Accordingly, it is ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 55, is GRANTED.

2. Within twenty-one days of this order's entry, defendant LaCroix shall file an answer to the operative complaint.

IT IS SO ORDERED.

Dated:    March 3, 2026                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2