IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE E. WILLIAMS,** | Case No. 2:22-CV-00605-DC-JDP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT LA CROIX'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |
| **v.** | |
| **JEHOSHUA JALIJALI, et al.,** | |
| Defendants. | |

Defendant LaCroix filed an Ex Parte Application for an Extension of Time to File an Answer to the Complaint. Having read and considered the Application and its attachments, good cause exists to grant it. The deadline for Defendant LaCroix to file an answer to the Complaint is hereby extended to April 21, 2026.

IT IS SO ORDERED.


Dated:    March 26, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1